
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/10/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| KIM DUPLECHIN, ET AL. | * | CIVIL ACTION NO. 05-1926 |
| VERSUS | * | JUDGE MELANÇON |
| JAMES BROUSSARD, ET AL. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record, including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss for Failure of Timely Service by Blue's Enterprises, Inc. [rec. doc. 13] is **DENIED**.

Thus done and signed this ___ day of July, 2006 at Lafayette, Louisiana.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE