RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK

RECEIVED

NOV 3 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| KIM DUPLECHIN, ET AL. | * | CIVIL ACTION NO. 05-1926 |
| VERSUS | * | JUDGE MELANÇON |
| JAMES BROUSSARD, ET AL. | * | MAGISTRATE JUDGE HILL |

### JUDGMENT OF DISMISSAL

Having given notice to plaintiffs of this court's intention to dismiss this action without prejudice under F.R.C.P. 41(b) and 16(f) for plaintiffs' failure to comply with this Court's extended deadline for submission of a jointly compiled Rule 26(f) Report as ordered by the court on October 24, 2006, and having received no response to this court's minute entry allowing the plaintiffs time to show cause for their failure to comply, this court finds that plaintiffs' action is subject to dismissal under F.R.C.P. 41(b) and 16(f). Such dismissals may be done *sua sponte* in accordance with the court's inherent power to control its own docket. See *Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406 (5th Cir. 1995); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993); and *Rogers v. Kroger Company*, 669 F.2d 317, 320-321 (5th Cir. 1983). Accordingly, it is ORDERED that this action be and it hereby is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this _____ day of December, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE